## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARNELL WESLEY MOON,              )
                                 )
              Petitioner,          )
                                 )        CASE NO.     13-cv-00068-DRH-PMF
          vs.                     )
                                 )
J.S. WALTON,                      )
                                 )
              Respondent.         )

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a sua sponte recommendation that this action be dismissed without prejudice for nonpayment of filing fees.   A filing restriction was imposed against petitioner Darnell Wesley Moon in *Moon v. Roal*, 12-982-DRH (S.D. Ill Dec. 11, 2012).   That restriction has not been set aside and remains in force as Moon has not paid outstanding filing fees.   In particular, Moon's motion for leave to proceed as a pauper in this habeas litigation was denied on February 5, 2013 (Doc. No. 9).   Moon's filing fee in this case – due on March 7, 2013 – has not been paid.   Furthermore, the filing fee assessed in *Moon v. Roal*, 12-982-DRH has not been paid.

IT IS RECOMMENDED that this habeas action be dismissed without prejudice for nonpayment of outstanding filing fees.

**SUBMITTED:**   <u>  March 21, 2013   </u>.

<u>   s/Philip M. Frazier   </u>
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**